IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN SHATTO, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 14-5653 |
| LIBERTY LIFE ASSURANCE : | |
| COMPANY OF BOSTON, : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, this *26th* day of *September*, 2016, upon consideration of **(1)** Plaintiff Calvin Shatto's Motion for Summary Judgment and Brief in Support of Plaintiff's Motion for Summary Judgment (Docket Nos. 19 and 20), Defendant's Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment (Docket Nos. 20 and 23), Defendant's Statement of Material Facts in Support of Motion for Summary Judgment (Docket No. 21), Plaintiff's Response to Defendant's Statement of Material Facts (Docket No. 24), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Docket No. 28), Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment (Docket No. 29), and Defendant's Citation of Additional Authority (Docket No. 30), it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

**JUDGMENT IS ENTERED** for Liberty Life Assurance Company of Boston against Calvin Shatto on the entirety of the Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.